UNITED STATES of America, Plaintiff–Appellee,

v.

Charles A. DAVIS, Defendant–Appellant.

No. 16-6837

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 4, 2016

Charles A. Davis, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Jenny Grus Sugar, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Davis appeals the district court's order denying his Rule 60(b) motion and various other motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Davis, No. 5:11–cr–00032–RLV–DSC–1 (W.D.N.C. June 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED